IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01679-WYD-MJW

VIJAYKRISHNA ANDALAM,

Plaintiff,

v.

THE TRIZETTO GROUP, a Delaware corporation doing business as a foreign corporation in Colorado,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 30) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 30-1) is APPROVED as amended in paragraph 14 and made an Order of Court.

Date: March 4, 2013