IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01679-WYD-MJW

VIJAYKRISHNA ANDALAM,

Plaintiff,

v.

THE TRIZETTO GROUP, a Delaware corporation doing business as a foreign corporation in Colorado,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Joint Motion to Stay Proceedings or, in the Alternative, Joint Motion to Extend Discovery, Dispositive Motion and Pretrial Conference Deadlines (docket no. 52) is GRANTED IN PART AND DENIED IN PART.  The motion is DENIED as to staying of this case.  The motion is GRANTED as to extending the deadlines to complete discovery, to file dispositive motion and resetting of the Pretrial Conference.  The deadline to complete discovery is extended to August 2, 2013.  The deadline to file dispositive motions is extended to September 4, 2013.  The Final Pretrial Conference currently set on August 13, 2013 at 10:00 a.m. is VACATED and RESET to November 4, 2013 at 9:00 a.m.  The parties shall file their proposed Final Pretrial Order with the court seven (7) days prior to the Final Pretrial Conference.  The Rule 16 Scheduling Order (docket no. 20) is amended consistent with this minute order.

Date: June 27, 2013