IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01679-WYD-MJW

VIJAYKRISHNA ANDALAM,

Plaintiff,

v.

THE TRIZETTO GROUP, a Delaware corporation doing business as a foreign corporation in Colorado,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that defendant's Emergency Motion for Enforcement of D.C.COLO.LCIVR 30.2 and to Strike all Testimony Taken in Violation Thereof (Docket NO. 57) is GRANTED. On July 26, 2013, pursuant to Fed. R. Civ. P. 26(c), defendant filed a Motion to Quash Deposition Notice and Subpoenas and for Entry of a Protective Order (Docket No. 55). Under D.C.COLO.LCivR 30.2(A), pending resolution of defendant's Rule 26(c) motion, the depositions are stayed and shall not proceed.

Date: July 29, 2013