IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01679-WYD-MJW

VIJAYKRISHNA ANDALAM,

Plaintiff,

v.

THE TRIZETTO GROUP, a Delaware corporation doing business as a foreign corporation in Colorado,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendant Trizetto's Motion to Quash Notice and Subpoenas and for Entry of a Protective Order (docket no. 55) is GRANTED. The subpoenas are quashed and a protective order is entered preventing any further depositions by Plaintiff except by further Order of Court.

      The Rule 16 Scheduling Order (docket no. 19) that was entered in this case limits the number of depositions to four per side.  At the Scheduling Conference, the parties had a fair and adequate opportunity to discuss with this court the number of depositions needed in this case.  After much discussion, this court limited the number of depositions to four per side.  See record at the Rule 16 Scheduling Conference held on September 13, 2012. Moreover, Plaintiff has not filed any timely motion to amend the Scheduling Order (docket no. 19) to allow for additional depositions and has failed to demonstrate good cause to amend the Scheduling Order.  The court decides any limitations on discovery and not the parties.  A district court may issue a protective order under Fed. R. Civ. P. 26(c) to quash a noticed deposition "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."  Here, Plaintiff has already taken over four depositions and any attempt to schedule additional depositions without court approval is not permitted.  Accordingly, the subject motion (docket no. 55) should be granted.

Date: September 12, 2013