# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**  12-cv-01679-WYD-MJW        FTR - Courtroom A-502

**Date:**  September 25, 2013                    Courtroom Deputy, Ellen E. Miller

*Parties*                                         *Counsel*

VIJAYKRISHNA ANDALAM,                             T. Edward Williams

   Plaintiff(s),

v.

THE TRIZETTO GROUP,                               Erin A. Webber
a Delaware corporation doing business as a        Jordan E. Cornett
foreign corporation in Colorado,

   Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTIONS   HEARING
**Court in Session:**   10:30 a.m.
Court calls case.  Appearances of counsel.  Also present is plaintiff, Mr. Andalam.

The Court raises referred pending motions for argument.

Arguments by Mr. Williams and Ms. Webber.
Questions and comments by the Court.

**It is ORDERED:**   Trizetto's MOTION TO COMPEL RESPONSES TO WRITTEN DISCOVERY REQUESTS AND FOR AWARD OF ATTORNEYS' FEES AND EXPENSES [Docket No. **60**, filed August 01,2013] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   Parties shall meet and confer to discuss reasonable attorneys' fees and costs in regard to Defendant filing the Motion to Compel [Docket No. 60]. If parties are unable to agree on the amount,
Defendant shall file its itemized request for attorneys' fees and costs on or before OCTOBER 18, 2013.
Plaintiff shall file his Response on or before OCTOBER 25, 2013
Defendant shall file its Reply on or before NOVEMBER 01, 2013

**It is ORDERED:**   Plaintiff's MOTION TO COMPEL UNDER FED. R. CIV. P. 37(a)(3)(B)(ii) AND MOTION FOR ATTORNEY'S FEES AND COSTS UNDER FED. R. CIV. P.  37(d)(3)  [Docket No. **64,** filed August 29, 2013]   is **GRANTED**

                                  for reasons as set forth on the record.

**It is ORDERED:**  Parties shall meet and confer to discuss reasonable attorney's fees and costs in regard to Plaintiff filing the Motion to Compel [Docket No. 64].
If parties are unable to agree on the amount,
Plaintiff shall file his itemized request for attorneys' fees and costs on or before OCTOBER 18, 2013.
Defendant shall file his Response on or before OCTOBER 25, 2013
Plaintiff shall file its Reply on or before NOVEMBER 01, 2013

**It is ORDERED:**  Plaintiff's MOTION TO RECONSIDER SEPTEMBER 12, 2013, ORDER AND MOTION TO AMEND SCHEDULING ORDER TO TAKE ADDITIONAL DEPOSITIONS   [Docket No. **75**, filed September 16, 2013] is **DENIED as to both Motions** for reasons as set forth on the record.

**It is ORDERED:**  Plaintiff's   MOTION TO COMPEL RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR DISCOVERY [Docket No. **76**, filed September 17, 2013] is **DENIED** for reasons as set forth on the record.

Defendant makes an Oral Motion for Attorneys' Fees and Costs with regard to Plaintiff's Motions filed as Docket Nos.  75 and 76.

**It is ORDERED:**  Defendant's ORAL MOTION FOR ATTORNEYS' FEES AND COSTS with regard to Plaintiff's Motions filed as Docket No. 75 and Docket No. 76 is **DENIED** for reasons as set forth on the record.


Hearing concluded.
**Court in recess:**     11:55 a.m.
Total In-Court Time     01: 25


To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.