# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  12-cv-01679-WYD-MJW                     FTR - Courtroom A-502

**Date:**   November 18, 2013                                  Courtroom Deputy, Ellen E. Miller

　　　　*Parties*　　　　　　　　　　　　　　　　　　　　　　　*Counsel*

VIJAYKRISHNA ANDALAM,                                          T. Edward Williams

　　　Plaintiff(s),

v.

THE TRIZETTO GROUP,                                            Jordan E. Cornett
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Erin A. Webber
　　　Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTIONS   HEARING**
**Court in Session:**   1:25 p.m.
Court calls case.  Appearances of counsel.  Plaintiff is also present.

The Court raises Plaintiff's Motion for Sanctions for Spoliation of Evidence for argument. Argument by Ms. Webber and Mr. Williams.

**It is ORDERED:**　　　Plaintiff's MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE [Docket No. **108,** filed November 08, 2013] is **TAKEN  UNDER ADVISEMENT.**  The court will issue its written Order.

The Court raises Plaintiff's Motion to Withdraw as Counsel of Record for Plaintiff Vijaykrishna Andalam [Docket No. 103, filed November 04, 2013] for argument.

Statements by Mr. Williams and Ms. Webber.  Statement by Mr. Andalam.

1:52 p.m.　　　Defense attorneys and individuals in the gallery leave the courtroom so the Court may conduct *in camera* discussions with Plaintiff and his attorney.

This section of the hearing is RESTRICTED at Level 2 and may not be heard or transcribed without an Order from the Court.

2:09 p.m.　　　The *Schultheis* hearing is completed.
　　　　　　　Defense attorneys and individuals in the gallery return to the courtroom.

Findings by the Court.

**It is ORDERED:**   Plaintiff's MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF VIJAYKRISHNA ADNALAM [Docket No. **103**, filed November 04, 2013] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   T. Edward Williams is WITHDRAWN as attorney of record for Plaintiff, and shall be removed from electronic notice in the court CM/ECF record system for this case.

The Clerk of the Court is directed to add the now *Pro Se* Plaintiff name and address to the court CM/ECF record system for all future court mailings:

Vijaykrishna Andalam
5291 S. Ireland Way
Centennial, CO 80015

Telephone:   (303) 999-5387

Hearing concluded.

**Court in recess:**   2:16 p.m.
Total In-Court Time 00:51

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.