IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01679-WYD-MJW

VIJAYKRISHNA ANDALAM,

        Plaintiff,

v.

THE TRIZETTO GROUP, a Delaware Corporation doing business as a foreign
Corporation in Colorado,

        Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

        On December 9, 2013, Magistrate Judge Watanabe entered the Final Pretrial
Order in this matter.  However, Defendants' motion for summary judgment was just
recently fully briefed.  Accordingly, a trial will not be set in this matter until I resolve the
motion for summary judgment.

        Additionally, in light of the filing of Plaintiff's response, Plaintiff's Emergency
Motion to Deny or Defer Ruling on Trizetto's Motion for Summary Judgment Under Fed.
R. Civ. P. 56(D)(1)-(2) (ECF No. 79) is **DENIED AS MOOT.**

        Dated:  December 19, 2013