IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01679-WYD-MJW

VIJAYKRISHNA ANDALAM,

    Plaintiff,

v.

THE TRIZETTO GROUP, a Delaware Corporation doing business as a foreign Corporation in Colorado,

    Defendant.

## ORDER

    Plaintiff's Request for Trial Procedures (ECF No. 135) is **DENIED.**  Information regarding my trial procedures is found on the District Court's website under my Practice Standards.  I will not offer any additional information or interpretation of my Practice Standards.  They speak for themselves.  I cannot and will not offer the Plaintiff any legal advice on how to present his case.  Thus, Plaintiff is directed to cease contacting my chambers.  If telephone calls to my chambers persist, I will impose appropriate sanctions.

    Plaintiff is proceeding *pro se*, thus, I review "his pleadings and other papers liberally and hold them to a less stringent standard than those drafted by attorneys." *Trackwell v. United States*, 472 F.3d 1242, 1243 (10th Cir. 2007).  However, Plaintiff's *pro se* status does not entitle him to the application of different rules.  Plaintiff is subject to the same directives and procedures as the Defendant, who is represented by counsel.  Should either party seek further clarification of any pretrial issue, he or she

may raise said issue at the Final Trial Preparation Conference.

Dated: May 27, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge