IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01679-WYD-MJW

VIJAYKRISHNA ANDALAM,

     Plaintiff,

v.

THE TRIZETTO GROUP, a Delaware Corporation doing business as a foreign
Corporation in Colorado,

     Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice (ECF

No. 159) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the

premises, it is hereby

ORDERED that the stipulation is **APPROVED** and this case is **DISMISSED**

**WITH PREJUDICE**, with each party to pay his or its own attorney's fees and costs.

Dated:  June 17, 2014

                          BY THE COURT:


                          /s/ Wiley Y. Daniel
                          WILEY Y. DANIEL,
                          SENIOR UNITED STATES DISTRICT JUDGE